AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2020

SEAN F. McAVOY, CLERK

DIONTE T. WEBB,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| STEPHEN CINCLAIR, KIM | ) |
| GUFHOLM, GIANG LY TRAN, | |
| JOSHUA WOLFF, | |
| _____ | |
| *Defendant* | |

Civil Action No.   2:20-cv-00067-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   The Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE to Plaintiff pursuing available state court remedies.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge        Salvador Mendoza, Jr. _____

Date:   June 11, 2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

_____
*(By) Deputy Clerk*

Sean F. McAvoy